Rosenberg & Associates, LLC
Mark Meyer (Bar No. 15070)
7910 Woodmont Ave., Suite 750
Bethesda, Maryland 20814
Phone: (301)907-8000
Fax: (301)907-8101

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Marchand T. McQueen-Bey** | § | **CASE NO. 11-26947-JFS** |
|     Debtor | § | |
| | § | |
| **Flagship Credit Acceptance, LLC** | § | |
| **Its assignees and/or successors in interest** | § | **CHAPTER NO. 7** |
|      Movant | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **Marchand T. McQueen-Bey** | § | |
| **Michael G. Rinn, Trustee** | § | |
|      Respondents | § | |

## <u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Flagship Credit Acceptance, LLC ("Movant"), its successors and/or assigns, filing this Motion for Relief from the Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1.     On August 18, 2011 ("Petition Date"), Marchand T. McQueen-Bey ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.     This Court has jurisdiction of the Motion by virtue of 11 U.S.C. §§105, 361 and 362 and 28 U.S.C. §§157 and 1334.

3.     Movant is the owner and holder of a Retail Installment Contract ("Agreement"), signed by Debtor.  Movant is secured under the Agreement by a properly perfected first lien security interest in a 2008 CHRYSLER 300-VIN: 2C3KA43R38H101472 ("Collateral").  True and correct copies of the Agreement and the Certificate of Title, indicating proper perfection of Movant's security interest in the Collateral, are attached hereto as Exhibits "A" and "B", respectively.

4.      By virtue of the above, Movant is the holder of a claim against Debtor in the amount of

$18,015.21 as of the Petition Date.

5.      As of the Petition Date, Debtor was in default under the terms of the Agreement three (3)

months for a total prepetition default amount of $924.49.

6.      Debtor is in default under the terms of the Agreement by failing to make the May 21, 2011

payment of $409.30 and all subsequent payments when due and owing.    The amount of default owed by

Debtor totals $1,333.79.

7.      Movant alleges that the automatic stay should be lifted for cause pursuant to 11 U.S.C.

§362(d)(1) in that Movant lacks adequate protection of its interest in the Collateral as evidenced by the

following:

      (a)      Debtor's default under the terms of the Agreement by failing to make installment
           payments when due and owing thereunder;
      (b)      The Collateral, and the value of the Collateral, is in a state of decline and
           continues to decline; and
      (c)      Debtor is unable to show that the Collateral is properly insured.

8.      Alternatively, Movant alleges that the automatic stay should be lifted for cause pursuant to

11 U.S.C. § 362(d)(2) in that Debtor has no equity in the Collateral and it is not necessary for an effective

reorganization.   According to the August 2011, issue of the NADA Official Used Car Guide (a publication

commonly relied upon by banks, insurance companies, government agencies, and car dealers in

determining the value of used vehicles), the trade-in value of the Collateral as of the Petition Date was

approximately $14,850.00.

9.      Movant has had to retain counsel to represent it before this Court and is incurring

attorney's fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that, upon final hearing of

this Motion, (1) the automatic stay will be terminated so as to permit Movant to seek its statutory and other

available remedies; (2) Movant be permitted to obtain possession of the Collateral to the exclusion of

Debtor; (3) Movant be granted its attorney's fees and costs; (4) the stay terminate pursuant to the authority

granted in Fed.R.Bankr.P., Rule 4001 (a)(3); and (5) Movant be granted  such other and further relief, at

law or in equity, as is just.

Respectfully submitted,

Rosenberg & Associates, LLC

<u>/s/Mark Meyer</u>
Mark Meyer (Bar No. 15070)
7910 Woodmont Ave., Suite 750
Bethesda, Maryland 20814
Phone: (301)907-8000
Fax: (301)907-8101
Local Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay has been served upon the following parties in interest on the 1st day of September, 2011.


**Pro Se Debtor**
Marchand T. McQueen-Bey
46 Pine Run Court
Baltimore, Maryland 21244

**Trustee**
Michael G. Rinn
111 Warren Road, Suite 4
Cockeysville, Maryland 21030-2429

**Office of the U.S. Trustee**
101 West Lombard St, Suite 2625
Baltimore, Maryland 21201


/s/Mark Meyer
Mark Meyer

*Page 4*